## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE __Lois Bloom__   DATE : __5/26/05__   TIME: _____

DOCKET NUMBER : __97cr768 (NG)__   TAPE # : __05/107 (1590 - 2274)__

DEFENDANT'S NAME : __Renato Paoletti-Leumus__
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : __Fred Sosinsky__
___ Legal Aid   ✓ CJA   ___ Retained

A.U.S.A. __Pamela Chen__   DEPUTY CLERK : __L. Jackson__

INTERPRETER : __Maria Izaguirre__ (Language) __Spanish / Sign Language__

_____ Hearing held.   _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

_____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

_____ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Defendant informed of rights.

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

✓ Status conference set for __6/1/05__ @ __4:00 pm__ before Judge __Gershon__

OTHERS : __Medical memo ordered, re: deft's medical condition.__