

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

|  | *One Pierrepont Plaza*<br>*Brooklyn, New York 11201* |
|---|---|
| *Mailing Address:* | *147 Pierrepont Street*<br>*Brooklyn, New York 11201* |

December 8, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 16 2005 ★
BROOKLYN OFFICE

<u>Via Facsimile and Hand Delivery</u>
The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Paoletti-Lemus, et al.
      <u>Criminal Docket No. 97-768(NG)</u>

Dear Judge Gershon:

The government respectfully requests an adjournment of the December 9, 2005, status conference until January 27, 2006 to permit the parties to complete plea negotiations in this case. Government counsel has conferred with defendants' counsel, both of whom concur with the requested adjournment and agree to the exclusion of time until January 27, 2006.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Pamela Chen
Assistant U.S. Attorney

cc:   Frederick Sosinsky, Esq.
      Stuart Rubin, Esq.

*[Handwritten: Time excluded to Jan. 27, 2006 at 3pm. So ordered.
/s/ USDJ
12-9-05]*