DATE: September 27, 2006

BEFORE:  GERSHON, U.S.D.J                    TIME: 2:00 PM

CRIMINAL CAUSE FOR SENTENCING

97-CR-768(NG)

DEFT NAME: Renato Paoletti-Lemus (son)
☒ present   ☐ not present      ☒ custody ☐ bail
DEFENSE COUNSEL: Fred L. Sosinsky  212 285-2270
☒ present ☐ not present    ☒ Appointed ☐ Retained ☐ Federal Defender

DEFT NAME: Jose Paoletti-Moreda (father)
☐ present   ☒ not present      ☒ custody ☐ bail
DEFENSE COUNSEL: ATTY: Stuart Rubin     718-802-0778
☒ present ☐ not present    ☒ Appointed ☐ Retained ☐ Federal Defender

A.U.S.A.: Pam Chen  Ext.7575 Case Manager: Vic Joe
C.R. Henry Shaprio  Interpreter/Lang: Maria Izaguirre 718-877-9010

☒ CASE CALLED.    ☐ SENTENCING ADJ'D TO_____.
☒ SENTENCING HELD.       ☒ STATEMENTS OF DEFT AND COUNSEL HEARD
☒ COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.

☒ BOTH DEFTS SENTENCED ON COUNT ONE AS FOLLOWS:

105 months  Imprisonment  3 years  Supervised Release  _____ Probation

 $100   Special Assessment  _____ Fine   $1.4 million  Restitution

☐ EXECUTION OF SENTENCE IS STAYED TO_____.
☒ REMAINING OPEN COUNTS ARE DISMISSED ON
        ☒ GOVT'S MOTION ☐ COURT'S MOTION
☒  COURT ADVISED DEFT OF RIGHT TO APPEAL.   ☐ I.F.P. GRANTED.
☐ DEFT REMANDED.
☐ DEFT ON BAIL PENDING APPEAL.


OTHER: Case callled. Both defendants were sentenced to 105 month

and 3 years supervision.   If deported no illegal re-entry into the

United States. See restitution order listed on the Judgment.