

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

|  | *One Pierrepont Plaza*<br>*Brooklyn, New York  11201* |
|---|---|
| *Mailing Address:* | *147 Pierrepont Street*<br>*Brooklyn, New York  11201* |

January 22, 2006

Via Facsimile and ECF
The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Paoletti-Lemus, et al.
                Criminal Docket No. 97-768(NG)

Dear Judge Gershon:

      I write to inform the Court of the results of the government's efforts to locate and obtain approximately $180,000 that was previously held by defendant Renato Paoletti-Lemus in two Mexican bank accounts.  See Paoletti-Lemus Presentence Report at ¶ 168.

      On October 11, 2006, the government met with Paoletti-Lemus and his attorney regarding these funds, which the defendant reportedly had deposited in two Mexican bank accounts, one at Banamex ($120,000) and the other at Bancomer ($60,000).  According to Paoletti-Lemus, the last time he had any information about the accounts was at the time of his arrest in January 1997.  Paoletti-Lemus, however, believed that Mexican authorities may have seized both accounts in connection with his prosecution in Mexico.

      The government has confirmed that Paoletti-Lemus's Banamex account was, in fact, seized pursuant to a Mexican judicial order in approximately August 1997.  Paoletti-Lemus's Bancomer account currently shows a negative balance of approximately 5,000 pesos, which, in light of the seizure of the Banamex account, suggests that this account also may have been seized by Mexican authorities.  Therefore, based on the information available to the government at this time, it appears that there are no funds to be seized from Paoletti-Lemus's Banamex and Bancomer accounts to satisfy restitution in this matter.

      The government had requested that the United States Marshals Service hold Paoletti-Lemus and his co-defendant and father, Jose Paoletti-Moreda, at the MDC pending the resolution of this issue.  Given that there is no reason for their continued detention in this

District, the government will immediately lift the hold on the defendants so that the Bureau of Prisons ("BOP") may permanently designate them to a BOP facility, as well as calculate any sentencing credit to which they are entitled as a result of their prior imprisonment in Mexico.

                Respectfully submitted,

                ROSLYNN R. MAUSKOPF
                United States Attorney

        By:   _____
                Pamela Chen
                Assistant U.S. Attorney

cc:    (via ECF)
       Frederick Sosinsky, Esq.
       Stuart Rubin, Esq.